# IN THE SUPREME COURT OF THE STATE OF NEVADA

CODY C. LEAVITT,
Appellant,
vs.
WARDEN OF LCC,
Respondent.

No. 71869

FILED

JUN 15 2017

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court dismissing appellant Cody Leavitt's August 17, 2016, postconviction petition for a writ of habeas corpus (credits).[1] Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Leavitt challenges the computation of time served with respect to his parole eligibility. Leavitt has had three parole hearings and has discharged his sentence. Because a parole hearing was the only relief available to him and no statutory authority or case law permits a retroactive grant of parole, *see Niergarth v. Warden*, 105 Nev. 26, 29, 768

---

[1]Having considered the pro se brief filed by appellant, we conclude that a response is not necessary. NRAP 46A(c). This appeal therefore has been submitted for decision based on the pro se brief and the record. *See* NRAP 34(f)(3).

17-19839

P.2d 882, 884 (1989), Leavitt's claim is moot. *See Johnson v. Dir., Nev. Dep't. of Prisons*, 105 Nev. 314, 316, 774 P.2d 1047, 1049 (1989). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Jim C. Shirley, District Judge
Cody C. Leavitt
Attorney General/Carson City
Pershing County Clerk